# UNITED STATES DISTRICT COURT

### for the

### District of Alaska

| | |
|---|---|
| TIMOTHY UROVAK | ) |
| *Petitioner* | ) |
| v. | ) |
| | ) |
| EARL HOUSER | ) |
| *Respondent* | ) |

Civil Action No.   3:22-cv-00184-SLG

## JUDGMENT IN A CIVIL ACTION

☐ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY COURT.** This action came to trial or decision before the Court. The issues have been tried or determined and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

THAT the Petition is dismissed. A Certificate of Appealability shall not issue.

APPROVED:

**s/Sharon L. Gleason**
Sharon L. Gleason
United States District Judge

Date: October 4, 2022

**Brian D. Karth**
Brian D. Karth
Clerk of Court

*Note: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.2, and 58.1.*